UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEGE DIAMOND FUND INC.,

Plaintiff,

-against-

ROBERT DAVIS as the de facto administrator of
the ESTATE OF LLOYD DAVIS; and
"JOHN DOE #1" through "JOHN DOE #100",
the names of the last 100 defendants being
fictitious, the true names of said defendants being
unknown to plaintiffs, it being intended to
designate fee owners, tenants or occupants of the
property and/or persons or parties having or
claiming an interest in or lien upon the property,
if the aforesaid individual defendants are living,
and if any or all of said individual defendants be
deceased, their heirs at law, next of kin,
distributees, executors, administrators, trustees,
committees, devisees, legatees, and the assignees,
lienors, creditors, and successors in interest of
them, and generally all persons having or
claiming under, by, through, or against the said
defendants named as a class, of any right, title, or
interest in or upon the property described in the
complaint herein,

Defendants.

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: _7/18/2024_ | |

24 Civ. 4800 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference to show cause currently scheduled for July 30, 2024, is ADJOURNED to

**August 27, 2024**, at **2:00 p.m.**

Defendant Robert Davis as the de facto administrator of the Estate of Lloyd Davis

("Defendant") and John Doe #1 through John Doe #6 (the "Occupant Defendants") (collectively

"Defendants"), through counsel, shall appear at the conference via Microsoft Teams to show cause

why the Court should not enter an order pursuant to Rule 66 of the Federal Rules of Civil Procedure

granting the appointment of a receiver for the entire ownership interest in the real property and

improvements thereon located at 1023 College Avenue, Bronx, New York 10456 (Block 2437, Lot 37) (the "Property") for the purposes of (i) safeguarding the Property during the pendency of this action, (ii) administering the sale of the Property, and (iii) assisting the Court in achieving a final, equitable distribution of the proceeds.

Chambers will send the parties instructions to appear via video. Members of the press and the public may access the conference by dialing +1 646-453-4442 and entering access code 806053621#.

By **July 30, 2024**, Plaintiff shall serve the Estate of Lloyd Davis and the Occupant Defendants with a copy of this Order and its Motion and Verified Complaint. By **August 5, 2024**, Plaintiff shall file proof of service on the docket.

SO ORDERED.

Dated: July 18, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge

2