UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

College Diamond Fund
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

24 Civ. 4800 (__)(__)

- against -

Robert Davis
_____

**NOTICE OF APPEARANCE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Please take notice that I, Robert Davis, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: NY, N.Y.
       *(town/city)*   *(state)*
       July 26, 20 24

Signature of Defendant

1023 College Ave
Address

Bronx, N.Y. 10456
City, State & Zip Code

929 605 7392
Telephone Number

_____
Fax Number (if you have one)

E.Mail
Washingtonrobdav@gmail
Washingtonrobdav@gmail

Rev. 05/2007