UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEGE DIAMOND FUND INC., <br><br> Plaintiff, <br><br> -against- <br><br> ROBERT DAVIS, as the de facto administrator of the ESTATE OF LLOYD DAVIS, et al., <br><br> Defendants. | 24-CV-4800 (AT) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated August 5, 2024 (ECF 42), Judge Analisa Torres referred this case to me for general pretrial supervision and for a specific non-dispositive motion: Motion for Appointment of a Receiver (ECF Nos. 13-16).

This action is scheduled for a telephonic status conference on **August 15, 2024**, at **11:00 AM**. The parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 733 998 533#**.

If the parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED: August 7, 2024
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge