UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEGE DIAMOND FUND INC.,<br><br>               Plaintiff,<br><br>  -against-<br><br>ROBERT DAVIS, as the de facto administrator of the ESTATE OF LLOYD DAVIS, et al.,<br><br>               Defendants. | 24-CV-4800 (AT)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a telephonic status conference on **August 22, 2024**, at **2:00 PM**. The parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 641 844 268#**.

      If the parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:  August 16, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge