UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEGE DIAMOND FUND INC., <br><br> Plaintiff, <br><br> -against- <br><br> ROBERT DAVIS, as the de facto administrator of the ESTATE OF LLOYD DAVIS, et al., <br><br> Defendants. | 24-CV-4800 (AT)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Robert Davis and Michael Best are presently proceeding *pro se* (representing themselves) in this action. On August 22, 2024, the Court directed the Clerk of Court to attempt to locate *pro bono* counsel to represent Robert Davis and Michael Best for the limited purposes of responding to the motion to appoint a Receiver and exploring a possible settlement. (*See* ECF 77.) It is my understanding that the office of the Clerk of Court has subsequently spoken with potential counsel for Mr. Davis, James Tourangeau. Mr. Tourangeau has called Mr. Davis and left voicemail messages several times but has not heard back.

Mr. Davis is directed to respond to Mr. Tourangeau at jtourangeau@nylag.org or 212-613-6582 no later than **Monday, September 23, 2024**. If Mr. Tourangeau will be representing Mr. Davis, he shall file a notice of appearance.

DATED:  September 18, 2024
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge