UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEGE DIAMOND FUND INC.,

                Plaintiff,

-against-

ROBERT DAVIS, as the de facto administrator of the ESTATE OF LLOYD DAVIS, et al.,

                Defendants.

24-CV-4800 (AT)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In compliance with my October 7, 2024 Order Plaintiff made a supplemental briefing in further support of its motion seeking the appointment of a Receiver. (*See* ECF 90.)

Defendants shall file a response, if any, on the docket by November 1, 2024.

DATED:    October 18, 2024
                New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge