UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLLEGE DIAMOND FUND INC.,

          Plaintiff,

-against-

ROBERT DAVIS, as the de facto administrator of the ESTATE OF LLOYD DAVIS, et al.,

          Defendants.

24-CV-4800 (AT) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **February 13, 2025 at 10:00 AM**. Defendants and counsel for Plaintiff are directed to call my conference line at the scheduled time by dialing **(646) 453-4442**, Access Code: 614 686 814 #.

DATED: February 6, 2025
          New York, New York

SO ORDERED.

*/s/ Robyn F. Tarnofsky*

ROBYN F. TARNOFSKY
United States Magistrate Judge