UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| College Diamond Fund Inc., <br><br>　　　　　Plaintiff, <br><br>　-against- <br><br> Robert Davis, et al., <br><br>　　　　　Defendants. | 24cv04800 (AT) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By February 27, 2025, Plaintiff shall either file a stipulation of dismissal or a motion to dismiss on mootness grounds.

DATED:　February 13, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge