Letter to the Judge: ROBYN TANOFSKY

Robert DAVIS : heir to Lloyd DAVIS
Estate NOT de Facto
Administration

2025 FEB 13  AM 9:56

On Oct 7, 2024, Judge order college Diamond and Management to get together. which on Dec 17 and 18 they had a 200PM confrence with Michael Best my Partner in Management Michael Best LLP, Roy from college Diamond Fund inc.. and Stephen Tyre Lending Group. He say in order for us to move forward both LLP have to come together to secure an Home improvement Loan so can cure the matter pay Tax, Repair and Any injured party. He was not witness, witness he was corperating he just sale of Property. Now on Feb 3 2025 House was Auction sale know I Am Home less