USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/3/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEGE DIAMOND FUND INC.,

                Plaintiff,

-against-

ROBERT DAVIS as the de facto administrator of the ESTATE OF LLOYD DAVIS; and "JOHN DOE #1" through "JOHN DOE #100", the names of the last 100 defendants being fictitious, the true names of said defendants being unknown to plaintiffs, it being intended to designate fee owners, tenants or occupants of the property and/or persons or parties having or claiming an interest in or lien upon the property, if the aforesaid individual defendants are living, and if any or all of said individual defendants be deceased, their heirs at law, next of kin, distributees, executors, administrators, trustees, committees, devisees, legatees, and the assignees, lienors, creditors, and successors in interest of them, and generally all persons having or claiming under, by, through, or against the said defendants named as a class, of any right, title, or interest in or upon the property described in the complaint herein,

                Defendants.

24 Civ. 4800 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff's motion to dismiss the complaint as moot under Federal Rule of Civil Procedure 41(a)(2). ECF No. 107. By **March 13, 2025**, Defendants shall file their response, if any. Plaintiff shall not file a reply unless the Court orders otherwise.

    The Clerk of Court is respectfully directed to mail a copy of this order to Defendants *pro se*.

    SO ORDERED.

Dated: March 3, 2025
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge