UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEGE DIAMOND FUND INC., | 24-CV-4800 (AT) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| ROBERT DAVIS, as the de facto administrator of the ESTATE OF LLOYD DAVIS, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 13, 2025, Judge Analisa Torres granted Plaintiff College Diamond Fund Inc.'s motion to dismiss the complaint in this action under Rule 41(a)(2) of the Federal Rules of Civil Procedure. (*See* ECF 113, Order.) That same day, this action was terminated. (*See id.*)

On March 21, 2025, the Court received a letter dated February 4, 2025 from Defendant Michael Best, which was postmarked March 17, 2025. (*See* ECF 114.) The letter requests assistance from the Court relating to Defendant Best's intent to use equity in the property located at 1023 College Avenue, Bronx, New York 10456, also known as Block 2437, Lot 37, to post bail. (*See id.*) The letter also requests that the Court have Plaintiff call his co-defendant, Robert Davis, to assist with Defendant Best's intent to post bail. (*See id.*)

The Court hereby informs Defendant Best that this action was closed on March 13, 2025, following Judge Torres's order granting Plaintiff's motion to dismiss. (*See* ECF 113, Order.)

The Court also informs Defendant Best that it is unable to provide the assistance requested in the letter, nor may the Court provide legal advice to Defendant Best.

DATED: April 1, 2025
      New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge